UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 074356B

Order Filed on November 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ijeoma N Salami

Case No.: 22-17555-VFP

Hearing Date: October 19, 2023

Judge: Vincent F. Papalia

Chapter: 13

Recommended Local Form    ☐ Followed    ☒ Modified

**ORDER VACATING STAY AND FOR PROSPECTIVE RELIEF PURSUANT TO 11 U.S.C. 362(d)(4) AS TO REAL PROPERTY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[X] Real property more fully described as:

803 South 14th Street
Newark, New Jersey 07106

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further Ordered that the Secured Creditor agrees that a duly noticed Sheriff's will not be held before January 15, 2024.

IT IS further ORDERED that any future filings of a Petition in Bankruptcy will not affect Mortgagee's foreclosure action in the Superior Court of New Jersey and the Automatic Stay of 11 U.S.C. § 362(a) will not be reinstated against the Mortgagee in the event of future filings of a Petition in Bankruptcy by either of both Mortgagors under any Chapter of the U.S. Bankruptcy Code, pursuant toe 11 U.S.C. 362(d)(4).

IT IS further ORDERED that the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Rule 4001(a)(3) is waived and this Order shall be immediately effective. Future filings of a Petition in Bankruptcy shall not hinder or delay Movant from recording this Order.

The Movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the Motion.

*rev 11/14/18*

2